**James R. YOCOM et al., Movants,**

v.

**DEPARTMENT FOR HUMAN RESOURCES et al., Respondents.**

Supreme Court of Kentucky.

Nov. 21, 1978.

Cyril E. Shadowen, Louisville, Kenneth E. Hollis, Frankfort, for movants.

Lester H. Burns, Jr., Mark D. Knight, Burnside, Stephen M. O'Brien, III, Landrum, Patterson & Dickey, Lexington, Donald Campbell, Director, Workmen's Compensation Bd., Frankfort, for respondents.

## OPINION AND ORDER

The motion of James R. Yocom et al., for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered July 28, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. Finn*, Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.

**Norwood WELLS, Movant,**

v.

**COMMONWEALTH of Kentucky, Respondent.**

Supreme Court of Kentucky.

Nov. 21, 1978.

Jack Emory Farley, Public Advocate, William M. Radigan, Asst. Public Advocate, Frankfort, for movant.

Robert F. Stephens, Atty. Gen., George Geoghegan, III, Asst. Atty. Gen., Frankfort, for respondent.

## OPINION AND ORDER

The motion of Norwood Wells for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered July 7, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinions in *Luttrell v. Commonwealth*, Ky., 554 S.W.2d 75 (1977), and *Whorton v. Commonwealth*, Ky., 570 S.W.2d 627 (1978).

All concur.